IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNADA (HK) LTD,<br><br>       Plaintiff,<br><br>v.<br><br>EC DRIVES, LLC and SPM (UK) LIMITED,<br><br>       Defendants. | Civil Action No.: 1:18-cv-11638-PBS<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND DEADLINES
REGARDING NEUTRAL EXPERT EVALUATION**

On December 26, 2018 the Court granted the parties' Joint Motion prescribing a neutral expert evaluation (ECF No. 38; "Order"). The parties jointly selected a neutral expert pursuant to that Order.

The Order includes several deadlines that the parties chose based on an anticipated January 18, 2019 exchange of samples of the accused products. Due to unforeseen delays in obtaining these samples, the parties jointly and respectfully request that the Court extend the original deadlines by three weeks as follows:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Submission of opening briefs to the neutral expert | February 22, 2019 | March 15, 2019 |
| Submission of responsive briefs to the neutral expert | March 22, 2019 | April 12, 2019 |
| Hearing between the parties and before the neutral expert | On or before April 26, 2019 | On or before May 17, 2019 |
| Neutral expert issues report | Within thirty days of the hearing | (No change) |

**JOINT MOTION TO EXTEND DEADLINES REGARDING NEUTRAL EXPERT
EVALUATION**

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Parties' objections to report | Within fourteen days of the issuance of the expert's report | (No change) |
| Expert's response to objections/issuance of revised report | Within fourteen days of receipt of the parties' objections | (No change) |
| Parties' Joint Notice to Court | Within fourteen days of the issuance of the expert's report or revised report, whichever is later | (No change) |

In response to the Court's margin note in the Order, the parties consent to the use of the neutral expert's report and record of the evaluation proceedings in this litigation if the case does not settle. The parties will designate all such materials as "Confidential" or "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the Protective Order entered in this case (ECF No. 40) and will not file them with the Court unless under seal pursuant to L.R. 7.2.

Accordingly, the parties jointly and respectfully request that the Court extend the original deadlines for the neutral expert evaluation as set forth above.

Respectfully submitted,

Dated: February 14, 2019

/s/Anderson J. Duff
Anderson J. Duff (BBO# 687154)
REVISION LEGAL, PLLC
244 5th Ave. Ste. 2230
New York, NY 10001
(t) 212.996.4103 (f) 212.996.5863
anderson@revisionlegal.com

John Di Giacomo
REVISION LEGAL, PLLC
444 Cass St. Ste. D
Traverse City, MI 49684
(t) 231.714.0100 (f) 231.714.0200
john@revisionlegal.com

*Attorneys for Plaintiff Unada (HK) Ltd.*

/s/Brian M. Gaff
Brian M. Gaff (BBO #642297)
Chet Campbell (BBO #688190)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070 Fax (617) 542-8906
gaff@fr.com
cycampbell@fr.com

Jayme Partridge (*pro hac vice*)
Caitlin M. Dean (*pro hac vice*)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010-2026
(713) 654-5300 Fax (713) 652-0109
partridge@fr.com
cdean@fr.com

*Attorneys for Defendants EC Drives, LLC and SPM (UK) Limited*

IT IS SO ORDERED,

Dated:_____       _____
                                     The Honorable Patti B. Saris
                                     United States Chief District Judge

## CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(B)

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 14, 2019.

/s/Brian M. Gaff

23862260